UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

ZOE MANNINO,

Plaintiff,

-v-

TATTOO PARTNERS OPERATIONS LLC d/b/a CLUB TATTOO et al.,

Defendants.

---------------------------------------------------------------------- X

26-CV-8071 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's September 21, 2026 Order, ECF No. 8, Defendants were required to file proof of service of the September 21, 2026 Order on Plaintiff no later than two business days from the date of that Order. To date, Defendants have not filed proof of service. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 28, 2026**. Failure to file proof of service by that deadline may result in the case being dismissed as abandoned.

SO ORDERED.

Dated: September 24, 2026
New York, New York

JESSE M. FURMAN
United States District Judge