**Fisher & Phillips LLP**

**New York**
7 Times Square
Times Square Tower
Suite 4300
New York, NY 10036

(212) 899-9960 Tel
(212) 956-1971 Fax

**Writer's Direct Dial:**
(212) 899-9989

**Writer's E-mail:**
ablair@fisherphillips.com

October 19, 2026

**Via ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

RE: *Zoe Mannino v. Tattoo Partners Operations LLC et al.,*
Case No. 1:26-cv-08071 (JMF)

Dear Judge Furman:

This office represents Defendants Tattoo Partners Operations, LLC, Pamela Smith, and Noelle Lavigne (collectively, "Defendants") in the above-referenced action. Pursuant to Your Honor's Individual Rules and Practices, we write, with Plaintiff's consent, to respectfully request an adjournment of the initial pretrial conference scheduled for October 27, 2026, until after mediation. We also request a corresponding extension of the associated deadlines under the discovery protocols. The initial pretrial conference is the parties' next scheduled appearance before the Court.

This is the parties' first request to adjourn the initial pretrial conference. This matter has been referred to mediation (*see* ECF No. 6), and the parties are in the process of scheduling the mediation session. The requested adjournment would allow the parties to avoid additional costs while pursuing mediation and a potential resolution of this matter.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Amanda M. Blair*
Amanda M. Blair
FISHER & PHILLIPS LLP
*Counsel for Defendants*

cc: All Counsel of Record (via ECF)

Application GRANTED. The conference scheduled for October 27, 2026, is hereby ADJOURNED sine die. No later than three business days after the mediation is scheduled or November 19, 2026, whichever is earlier, the parties shall file a joint status letter and indicate whether the initial pretrial conference should be restored to the calendar.

The Clerk of Court is directed to terminate ECF No. 15.

SO ORDERED.

October 19, 2026